## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFREDO DOMENECH and IVAN SERRANO** | : | |
| Plaintiffs | : | **CIVIL ACTION NO: 06 - CV - 1325** |
| | : | |
| and | : | **JURY TRIAL DEMANDED** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |
| Defendants | : | |

### <u>STIPULATION</u>

I.    **Plaintiffs were released from prison pursuant to P.R.C.P. Petitions filed by Jerome Brown, Esquire.**

II.    **In support of said Petitions, Plaintiff Domenech had taken a polygraph test, and the testimonies of Cesario Sanchez and Antonio Ortiz, taken in connection with a Habeas Corpus Hearing before Magistrate Angel, were given consideration.**

III.    **Additionally, there was a polygraph test taken of Antonio Ortiz, by the District Attorney.**

VI.    **Based on the above factors, the District Attorney's office had no opposition to the relief requested in the Petitions, resulting in an Order from the Court releasing Plaintiffs from incarceration in October 2005.**

VII.    **Other than the signed Orders by Judge Webster Keogh, dated October 28, 2005, there is no additional underlying record of this particular P.R.C.P. Petition filed by Jerome Brown, Esquire.**

_____        _____
**Armando Brigandi, Esq.**         **Adrian J. Moody, Esq.**
**Attorney for Defendants**         **Attorney for Plaintiffs**


_____
**Date**

                                   _____

J.