IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO DOMENECH and IVAN SERRANO | : : : | CIVIL ACTION |
| v. | : : | NO. 06-1325 |
| CITY OF PHILADELPHIA, ET AL. | : | |

**ORDER**

AND NOW, this 23rd day of April, 2009, upon consideration of Defendants Leon Lubiejewski and the City of Philadelphia's Motion for Summary Judgment (Doc. No. 23), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and judgment is entered in favor of Defendants Leon Lubiejewski and the City of Philadelphia and against Alfredo Domenech and Ivan Serrano. The Clerk is directed to mark this matter as closed.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.